UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MIDWEST INDUSTRIAL
CONCEPTS, INC.,

    Plaintiffs,

v.

THE STATE GROUP
INDUSTRICAL(U.S.A.) LIMITED, et al,

    Defendant.                          No. 15-cv-131-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 64), entered on March 3, 2016, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:_____/s/*Caitlin Fischer*_____
                                           **Deputy Clerk**

Dated:   March 3, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.03.03
10:48:07 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT